UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**AMY BECKWORTH, et al.,**

    **Plaintiffs,**

v.                                                                Case No. 3:12cv351/MCR/EMT

**SENIOR HOME CARE, INC., et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 11, 2014 (doc. 265). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1. The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' "Motion to Dismiss Non-Compliant Opt-in Plaintiffs [with Prejudice] and for Reimbursement of Expenses Caused by Plaintiffs' Failure to Cooperate in Discovery" (doc.229) is **DENIED in part** and **GRANTED in limited part**, as follows:

    a. The motion is **DENIED** with respect to Plaintiffs Tanya Peloquin, Anna Price, Lisa Willis, Sherletha Nelson, Laurie Brooks, Lorraine Grinion-Small, Vickie McFarland, Sandra Pena, Nakeshia Johnson, Kassandra Williams, Teresa Devin, Denise Durante, Kizzy Houston, Patricia Wall, and Geraldine Ward.

    b. The motion is **GRANTED** with respect to Plaintiffs Joel Amnott, Kristine

Byrnes, Janis Caddell, Stasia Cafaro, Angela J. Chance, Robert Dove, Priscilla Erie, Meyata Farley, Mary Ellen Gallagher, Laurie Gatte, Chris Harrell, Juanita Jones, Jennifer Lunsford, Lisa Mays, Donna Serio, Angela St. Julien, Rochelle Stafford, Kim Stephenson, Lenny Strehle, Maude Thomas, Kathleen Thorne, and Valerie Trerice, to the extent that dismissal is without prejudice and conditioned on the following: Before being permitted to refile, the respective Plaintiff must reimburse Defendants for the reasonable litigation costs and expenses associated with his or her discovery violation(s); additionally, if Defendants' noncompliance with Local Rule 54.1(B)(2) is waived or excused, that Plaintiff shall reimburse Defendants for their reasonable attorney's fees as well.

    c. With respect to the Plaintiffs who have been involuntarily dismissed without prejudice, the statute of limitations is **TOLLED** for **sixty (60) days** from the date of this Order. Plaintiffs' counsel shall notify the affected class members within **ten (10) days** of this Order and file a notice of confirmation of such action within **thirty (30) days** of this Order.

  2. The Motions to Withdraw without prejudice filed by Plaintiffs Tanya Peloquin, Anna Price, Lisa Willis, Sherletha Nelson, Laurie Brooks, and Lorraine Grinion-Small (docs. 230, 231, 232) are **GRANTED**.

  **DONE and ORDERED** this 22nd day of August, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**