UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMY BECKWORTH,

    Plaintiff,

v.                                               CASE NO. 8:15-cv-1691-T-23TGW

SENIOR HOME CARE, INC., et al.,

    Defendants.

_____/

## **ORDER**

    The agreed motion (Doc. 322) to transfer is **GRANTED**.  This action is **TRANSFERRED** to Judge Moody with his consent.

    ORDERED in Tampa, Florida, on August 5, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE